Lucy W. BOYLE, respondent, v. Frank J. HAYES and John N. Boylan, as executors, etc., of John B. Salter, deceased, appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Judgment and order reversed, and new trial granted, costs to

bide the event, on the ground that the verdict is excessive. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.